**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: **GLASSER, J.**          DATE: <u>**OCTOBER 9, 2014**</u>          TIME: <u>**10:30 a.m.**</u>

DOCKET #: <u>**CR-10-00288-04 (S-2)(ILG)**</u>          TITLE: <u>*U.S.A. v.Caicedo Velandia, et al.*</u>

COURT REPORTER: <u>**Fred Guerino**</u>          DEPUTY CLERK: **Stanley Kessler**

INTERPRETER: <u>**Mario Michelena**</u>          AUSA: <u>**Soumya Dayananda**</u>

DEF'T #1 NAME: <u>**Daniel Barrera Barrera**</u>          ATT'Y: <u>**Ruben Oliva, Esq. - Ret.**</u>
✔ Present _ Not Present ✔ In Custody          ✔ Present _ Not Present

<u>CRIMINAL CAUSE FOR PLEADING</u>

✔ Case called.

✔ Defendant present with counsel Ruben Oliva, Esq. AUSA Soumya Dayananda present for the
    Government. Court Spanish interpreter Mario Michelena also present.

✔ The defendant is sworn.

✔ After being advised of his rights by the Court, the defendant withdraws his plea of not
    guilty and enters a plea of guilty to count (1) of superseding indictment CR-10-288(S-2).

✔ The Court finds that the plea is made knowingly and voluntarily and that there is a factual
    basis for the plea, and accepts the plea.

✔ Sentencing is scheduled for 1/22/2015 at 10:30 a.m.

✔ The defendant is continued in custody.

✔ A notification of the conviction is transmitted to the Probation Department.


**TIME: 0/45**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: **GLASSER, J.**        DATE: <u>**OCTOBER 9, 2014**</u>        TIME: <u>**10:30 a.m.**</u>

DOCKET #: <u>**CR-10-00288-04 (S-2)(ILG)**</u>        TITLE: <u>*U.S.A. v.Caicedo Velandia, et al.*</u>

COURT REPORTER: <u>**Fred Guerino**</u>        DEPUTY CLERK: **Stanley Kessler**

INTERPRETER: <u>**Mario Michelena**</u>        AUSA:<u>**Soumya Dayananda**</u>

DEF'T #1 NAME: <u>**Daniel Barrera Barrera**</u>        ATT'Y: <u>**Ruben Oliva, Esq. - Ret.**</u>
✔ Present _ Not Present ✔ In Custody        ✔ Present _ Not Present

<u>CRIMINAL CAUSE FOR PLEADING</u>

✔ Case called.

✔ Defendant present with counsel Ruben Oliva, Esq. AUSA Soumya Dayananda present for the
   Government. Court Spanish interpreter Mario Michelena also present.

✔ The defendant is sworn.

✔ After being advised of his rights by the Court, the defendant withdraws his plea of not
   guilty and enters a plea of guilty to count (1) of superseding indictment CR-10-288(S-2).

✔ The Court finds that the plea is made knowingly and voluntarily and that there is a factual
   basis for the plea, and accepts the plea.

✔ Sentencing is scheduled for 1/22/2015 at 10:30 a.m.

✔ The defendant is continued in custody.

✔ A notification of the conviction is transmitted to the Probation Department.

<u>**TIME: 0/45**</u>